# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROY C. JOHNSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 94-CV-39-TCK-FHM |
| | ) |
| CITY OF TULSA, OKLAHOMA, a | ) |
| municipal corporation, and | ) |
| FRATERNAL ORDER OF THE POLICE, | ) |
| LODGE NO. 93, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER AND JUDGMENT ON ATTORNEYS' FEES

NOW on this 8th day of September, 2010, this matter comes before the Court for approval and entry of an Agreed Order and Judgment on Attorneys' Fees. This Order and Judgment is based upon the following:

1. On September 8, 2010, the Court approved the Supplemental Settlement Agreement, which was executed the Plaintiffs, defendant the City of Tulsa ("City") and the intervenor, Fraternal Order of Police, Lodge No. 93 ("FOP").

2. Pursuant to the Supplemental Settlement Agreement, the City has agreed to pay the Plaintiffs the total sum of $14,740.00 to settle all present and future attorneys' fee claims in this case. This fee award is based upon the amount incurred since the last fee award as well as an allowance for any subsequent hearings, conferences, and related legal services performed by counsel for Plaintiffs. The Parties to the Supplemental Settlement Agreement have agreed that this shall be the final payment of fees and expenses to Plaintiffs in connection with this case.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiffs have and recover from the defendant, the City of Tulsa, attorneys' fees of $14,740.00 as full, final and complete compensation for any attorneys' fees incurred on behalf of the Plaintiffs as well as an allowance

for any future hearings, conference or related services.  This shall be the final award of fees in this case.

DATED this 8th day of September, 2010.

_____
**TERENCE C. KERN**
**UNITED STATES DISTRICT JUDGE**

**APPROVED:**

s/ Louis W. Bullock
**Louis W. Bullock,** OBA #1305
**Patricia W. Bullock,** OBA #9569
**Robert M. Blakemore,** OBA #18656
**Bullock, Bullock & Blakemore**
110 West Seventh, Suite 707
Tulsa, Oklahoma 74119
(918) 584-2001
(918) 743-6689 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**

s/ Joel L. Wohlgemuth
**Joel L. Wohlgemuth,** OBA #9811
**David R. Ross,** OBA #19930
**Norman Wohlgemuth Chandler & Dowdell**
401 South Boston Avenue
2900 Mid-Continent Tower
Tulsa, Oklahoma 74103
(918) 583-7571
(918) 584-7846 (facsimile)

**Deirdre Dexter,** OBA #10780
**Gerald M. Bender,** OBA #14471
**Tulsa City Attorney's Office**
One Technology Center
175 East Second Street
Tulsa, OK 74103

**ATTORNEYS FOR DEFENDANT,**
**CITY OF TULSA, OKLAHOMA**

–3–

s/ James R. Moore
**James R. Moore**, OBA #6343
**Moore & Vernier**
301 N.W. 63rd Street, Suite 550
Oklahoma City, Oklahoma
(405) 843-9675
(405) 843-9680 (facsimile)

**ATTORNEYS FOR INTERVENOR,**
**FRATERNAL ORDER OF POLICE,**
**LODGE NO. 93**